**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **ALFREDO GRANADOS CANCHOLA,** <br><br> Petitioner, <br><br> v. <br><br> **JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation,** <br><br> Respondents. | Case No. SACV 14-1150 DDP (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: October 2, 2017

_____
Dean D. Pregerson
United States District Judge