UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALFREDO GRANADOS, CANCHOLA<br><br>    Petitioner,<br><br>  v.<br><br>JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation<br><br>    Respondent. | Case No. SACV 14-1150-DDP(AJW)<br><br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: October 2, 2017

_____
Dean D. Pregerson
United States District Judge